


**ORDERED in the Southern District of Florida on August 8, 2019.**

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**
www.flsb.uscourts.gov

In re: Case No.: 12-27524-RBR

RAYMUNDO GONZALEZ, Chapter 13
Debtor.

_______________________________________/

**AGREED ORDER AND SETTLEMENT OF PARTIES' ALLEGATIONS CONTAINED IN DEBTOR'S MOTION FOR SANCTIONS PURSUANT TO 11 U.S.C. § 362(k) [D.E. 108] AND CREDITORS' RESPONSE [D.E. 116] IN ACCORDANCE WITH TERMS PRESENTED TO THE COURT ON MAY 25, 2018.**

THIS CAUSE came on before the Court on May 25, 2018, on Debtor's Motion for Sanctions Pursuant to 11 U.S.C. § 362(k) [D.E. 108] and Creditors, DANNY DANIELS and LINDA DANIELS' ("Creditors," "Appellants," "Plaintiffs," "Daniels") Response to RAYMUNDO GONZALEZ'S ("Debtor," "Appellant," "Defendant") Motion for Sanctions [D.E. 116], and upon the Court's Order to Show Cause Why Debtor's Motion for Sanctions Should Not Be Denied With Prejudice

For Failure to Prosecute [D.E. 128] entered on July 26, 2019, and the Court, having heard the arguments of each parties' counsel, proposed terms of settlement, and being duly advised in the premises

**ORDERS as follows:**

1. Debtor, RAYMUNDO GONZALEZ'S ("Debtor," "Appellant," "Defendant") Motion for Sanctions Pursuant to 11 U.S.C. § 362(k) [D.E. 108] is hereby WITHDRAWN.

2. Creditors, DANNY DANIELS and LINDA DANIELS' ("Creditors," "Appellants," "Plaintiffs," "Daniels") Response to Debtor's Motion for Sanctions [D.E. 116] is hereby WITHDRAWN.

3. Debtor, RAYMUNDO GONZALEZ'S ("Debtor," "Appellant," "Defendant") and Creditors, DANNY DANIELS and LINDA DANIELS' ("Creditors," "Appellants," "Plaintiffs," "Daniels"), collectively the "parties," and their respective

counsel, in these bankruptcy proceedings Case No.: 12-27524-RBR, in the associated state court foreclosure action in the 11th Judicial Circuit Court in and for Miami-Dade County Case No.: 09-4414-CA-01(09), and in the voluntarily dismissed appeal to the Third District Court of Appeal Case No.: 3D18-0087, shall each bear each parties' own attorneys' fees and costs incurred as a result of the parties' allegations contained within Debtor's Motion for Sanctions Pursuant to 11 U.S.C. § 362(k) [D.E. 108] and Creditor's Response to Debtor's Motion for Sanctions [D.E. 116], and in accordance with the proposed terms of this Order and Settlement presented by each parties' counsel to this Court on May 25, 2018.

4. Debtor, the Appellant in Case No.: 3D18-0087 before the Third District Court of Appeal, previously agreed on the record before this Court to voluntarily dismiss Debtor's appeal, Third District Case No.: 3D18-0087, with the parties each bearing their own attorneys' fees and costs.

5. Having reviewed Debtor's Notice of Voluntary Dismissal filed with the Third District in Case No.: 3D18-0087 and attached to the Parties' Joint Renewed Motion for Entry of Order and Stipulation of Settlement and Discharge of Show Cause Hearing Scheduled for August 7, 2019, the Court finds that Debtor, RAYMUNDO GONZALEZ, fully performed under the terms of the *ores tenus* settlement agreement and stipulation as stated on the record before this Court. On July 13, 2018, Debtor's filed a Notice of Voluntary Dismissal dismissing Debtor's appeal to the Third District Case No.: 3D18-0087, which sought review of the Final Judgment of Foreclosure entered in favor of the Daniels at the lower tribunal L.T. Case No.: 2009-4414-CA.

6. Creditors acknowledge and understand that the pursuit of *in personam* relief against Debtor, RAYMUNDO GONZALEZ, directly and/or indirectly constitutes a violation of this Court's Order Granting Danny Daniels and Linda Daniels' Motion for Relief from Debtor and Co-Debtor Stay [D.E. 81] limiting the scope of Creditors' relief to *in rem* relief, and conditioning said *in rem* relief upon Creditors solely seeking *in rem* relief against Debtor and not an *in personam* judgment." [D.E. 81, ¶ 2].

7. Creditors acknowledge, understand, and agree that the pursuit of *in personam* relief against Debtor may constitute a violation of the automatic stay, which remains in effect pursuant to this Court's confirmation of Debtor's Fifth Modified Chapter 13 Plan as outlined in this Court's Order Granting Debtor's Motion to Modify the Chapter 13 Plan [D.E. 99].

8. Creditors acknowledge, understand, and agree that *in personam* relief against Debtor includes, without limitation, an *in personam* judgment against Debtor, seeking attorneys' fees and costs from Debtor dismissed appeal Case No.: 3D18-0087 or state court foreclosure action L.T. Case No.: 2009-4414-CA, including, without limitation, efforts to enforcement of the Amended Final Judgment of Foreclosure solely as it relates to the attached Fact Information Sheet Form 1.977 against Debtor and/or Debtors' spouse, seeking a deficiency judgment against Debtor, seeking an injunction against Debtor, and/or seeking other form(s) of *in personam* relief from Debtor.

9. The parties and their counsel understand and agree that the automatic bankruptcy stay associated with the Debtor, RAYUMUNDO GONZALEZ, and Case No.: 12-27524-RBR, shall remain in effect until otherwise ordered by this Court, and is enforceable by Debtor pursuant to 11 U.S.C. § 362(k).

10. The parties agree that all matters relating to or arising out of the claims asserted in Debtor's Motion for Sanctions pursuant to 11 U.S.C. 362(k), Creditor's Response, and filings in the State Court have been resolved. All parties hereby agree to bear their own attorneys' fees and costs associated with the matters referenced herein.

11. Debtor's Motion for Sanctions pursuant to 11 U.S.C. § 362(k) is hereby withdrawn upon the Court's entry of this Order.

12. Based on the above, the Court finds that the parties have sufficiently shown cause in response to this Court's July 26, 2019 Order.

13. Therefore, the Show Cause hearing scheduled for August 7, 2019 at 10:00AM before this Court is hereby DISCHARGED.

14. This Court shall retain jurisdiction over any future violation(s) of the automatic bankruptcy stay and/or this Order and Stipulation of Settlement.

# # #

**Submitted by:**

**Jonathan Kline, Esq.**
**JONATHAN KLINE, P.A.**
*Attorneys for Debtor,*
*Raymundo Gonzalez*
2761 Executive Park Drive
Weston, FL 33331
Telephone: (954) 888-4646
Fax: (954) 888-4647
Debtor's service email:
***emailservice@jklawfl.com***

**Alberto M. Cardet, Esq.**
**CARDET LAW, P.A.**
*Attorney for Creditors,*
*Danny & Linda Daniels*
1330 Coral Way
Miami, FL 33145
Office: (305) 403-7783
Cell: (305) 403-7783
Creditors' service email:
***alcardet@gmail.com***

**Jonathan Kline, Esq.**, Jonathan Kline, P.A., hereby represented that copies of this order on the parties listed and file a certificate of service.

**Alberto M. Cardet, Esq.**
***Counsel for Creditors,***
***Danny Daniels & Linda Daniels,***
Cardet Law, P.A.
1330 Coral Way Suite 301
Miami, FL 33145-2945
Office: (305) 403-7783
Cell: (305) 403-7783
alcardet@gmail.com

**Richard W. Gross, Esq.**
Richard W. Gross, P.A.,
7364 Big Cypress Dr.,
Miami Lakes, FL 333014
Tel: (305) 216-5460
rwilgross48@gmail.com

**Dianne Jauregui, Esq.**
Jauregui Law, P.A.,
1014 W. 49th Street,
Hialeah, FL 33012
Tel: (305) 822-2902
dianne@jaureguilaw.com

**Jay Farrow, Esq.**
Jay Farrow, P.A.,
4801 South University Drive,
Suite 132,
Davie, FL 33328
Tel: (954) 252-9818
Fax: (954) 252-9821
jay@farrowlawfirm.com

**Sarah Barbaccia, Esq.,**
Sarah Barbaccia, P.A.,
942 SW 93 Terrace,
Plantation, FL 33324,
Tel: (954) 999-5949
sbarbaccia@barbaccialaw.com

**Roger S. Rathbun,**
Plantation, FL 33322
Tel: (954) 309-6703
Fax: (954) 236-6646
rathbunllc@gmail.com